O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEM COTE,<br><br>    Petitioner,<br><br>vs.<br><br>DARRYL ADAMS, Warden,<br><br>    Respondent. | Case No. EDCV 07-0486-DDP (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: APR 10 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE