JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEM COTE,<br><br>    Petitioner,<br><br>vs.<br><br>DARRYL ADAMS, Warden,<br><br>    Respondent. | Case No. EDCV 07-0486-DDP (RNB)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: APR 10 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE